# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4058

_____

KENNETH NELSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

May 7, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Nelson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.